IN THE MATTER OF THE ESTATE OF ALBERT SPANO, DECEASED SANTO SPANO, PLAINTIFF-PETITIONER, v. VINCENT J. COMMISA, DEFENDANT-RESPONDENT.

*Mr. Russell E. Greco* and *Mr. Robert J. Carluccio* for petitioner.

*Mr. Ferdinand J. Biunno* for respondent.

September 21, 1965.   Granted.

HALA CORPORATION, T/A MONTANARO'S, PETITIONER, v. EMERSON A. TSCHUPP, RESPONDENT.

*Mr. Frank M. Lario* and *Mr. Joseph Pierce Lodge* for petitioner.

*Messrs. Arthur J. Sills,* Attorney General of New Jersey, and *Avrom J. Gold,* Deputy Attorney General, for respondent.

October 5, 1965.   Denied.